IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00798-MSK-MJW

VINCENZO TADDEO,

Plaintiff(s),

v.

BANK OF AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that for the reasons stated in the defendant's motion (Docket No. 22) and reply (Docket No. 29), Defendant Bank of America, N.A.'s Motion to Set-Aside Clerk's Entry of Default (Docket No. 22) is granted, and the plaintiff's Motion for Default Judgment of Defendant (Docket No. 16) is denied as moot. Defendant has shown that service on Mr. Herrera, a mere bank branch employee, was improper.  Even if that were not the case, defendant has further shown other good cause that would warrant setting aside the entry of default, that plaintiff will suffer no prejudice if the entry of default is set aside, and that it appears that defendant has a meritorious defense.  It is thus further

      ORDERED that the Clerk's Entry of Default as to Bank of American entered on April 25, 2012 (Docket No. 15) shall be set aside.

Date:  July 25, 2012